ORIGINAL

DET 08 1921

# UNITED STATES DISTRICT COURT

## for the EASTERN DISTRICT OF MICHIGAN

---

**PETER BORMUTH,**

       Plaintiff,

v.

**COUNTY OF JACKSON**                      Civil No: 13-cv-13726

       Defendants.

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Peter Bormuth in the above named case, hereby appeals to the Court of Appeals for the Sixth Circuit from the Final Judgment, Opinion and Order, entered in this action on July 22, 2015 overruling the Plaintiff's Objections, overruling in part and sustaining in part Defendant's Objections, adopting in part the Report and Recommendation, granting Defendant's Motion for Summary Judgment, and denying Plaintiff's Motion for Summary Judgment (Dkt. 61); and the Order entered in this action on July 22, 2015 overruling in part and adopting in part the Magistrate Judge's Orders (Dkt. 59); and that portion of the Order entered in this action on July 22, 2015 adopting in part the Magistrate Judge's Order (Dkt. 60).

                                          Respectfully submitted,

                                          Peter Bormuth
                                          *Druid*
                                          142 West Pearl St.
                                          Jackson, MI 49201
                                          (517) 787-8097
                                          earthprayer@hotmail.com

Date: July 27, 2015           *In Pro Per*